```
                    UNITED STATE DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                         PIKEVILLE DIVISION


CASE NO. 7:20-CV-00075-REW-EBA


PIKE COUNTY FISCAL COURT;
PIKEVILLE, PIKE COUNTY INDUSTRIAL
DEVELOPMENT AND ECONOMIC AUTHORITY               PLAINTIFFS


VS.                       DEFENDANTS' RESPONSE ORDER ON
                          ISSUE OF UNJUST ENRICHMENT


RCC BIG SHOALS, LLC
WILLIAM B. JOHNSON
DAVID L. FARMER                                  DEFENDANTS
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court has asked for position statements from the parties on the issue of whether unjust enrichment has occurred. Simply put, the doctrine creates "quasi contracts" when no actual contracts exist and has no application to situations in which an actual contract exists. Codell Const. Co v. Com. Ky App. 566 S.W. 2d 161, 165 (1977); Guarantee Electric Co. v. Big Rivers Elec. Corp. 669 F. Supp. 1371. The relationship of the parties hereto was clearly a contractual one.

Thus, any claim for unjust enrichment should be

dismissed.

>LAWRENCE R. WEBSTER
>ATTORNEY AT LAW
>P. O. DRAWER 712
>PIKEVILLE, KENTUCKY 41502
>(606)437-4029

**CERTIFICATE OF SERVICE**

This is to certify that on this 19th day of September 2022, I electronically filed this Document through the ECF System and will send notice of electronic filing to the following counsel of record and in addition, a true and accurate copy of the foregoing document and the notice of electronic filing was mailed to the following counsl of record:

Hon. Kevin P. Keene
P. O. Box 3850
Pikeville, Kentucky 41502

Hon. Ray S. Jones II
P. O. 3850
Pikeville Kentucky 41502

This 19th day of September, 2022.

/s/Lawrence R. Webster