UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

*Electronically Filed*

CASE NO. 7:20-cv-00075-REW-EBA

PIKE COUNTY FISCAL COURT And
PIKE COUNTY INDUSTRIAL
DEVELOPMENT AND ECONOMIC AUTHORITY         PLAINTIFFS

VS.          **PLAINTIFF'S STATUS REPORT ON ISSUE OF UNJUST ENRICHMENT CLAIM**

RCC BIG SHOAL, LLC,

WILLIAM B. JOHNSON, And
DAVID L. FARMER          DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

  Comes now the Plaintiffs, by and through Counsel, and for their Status Report directed to the remaining issue of Unjust Enrichment states as follows:

  The Court, by and through its Order of September 7, 2022, Granting Summary Judgment on the Issue of Piercing the Corporate Veil, noted that the only remaining claim before the Court is on the Issue of Unjust Enrichment. Plaintiff s hereby notify the Court of their intention NOT to proceed on this particular issue, and hereby voluntarily Dismiss the same.

Respectfully submitted,

/s/ Ray S. Jones, II
RAY S. JONES
KEVIN P. KEENE
P.O. Box 3850
Pikeville, Kentucky 41502
(606)-432-5777
(606)-432-5154 facsimile
Counsel for the Plaintiffs
Kevin@rayjoneslaw.com
Ray@rayjoneslaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 20th day of September, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court by using the CM/ECF filing system, which will send a notice of electronic filing to all counsel of record.

/s/ Ray S. Jones, II
RAY S. JONES, II
KEVIN P. KEENE