To US district judge Robert Wier

Subject: opinion in order; number 7:20 Dash CV Dash 75 Dash REWEBA

judge,

Per your request please be aware that William B. Johnson plans to appeal your ruling from the District Court of Eastern District of Kentucky Southern division Pikeville.

I am 70 years old with no funds to pay or assets to pay the money due. Also the facts that you drew regarding this opinion do not reflect the real facts associated with the case. Regards William Johnson.

200Kellington Dr. North number 16101 Kingwood TX 77339

*[signature: Wm. B. Johnson]*

Eastern District of Kentucky
FILED
OCT 03 2022
At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT